McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　　v.<br>REAL PROPERTY LOCATED AT 604 WREN COURT, ROSEVILLE, CALIFORNIA, PLACER COUNTY, APN: 469-070-025, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br>　　　　Defendant. | 2:06-CV-01134 WBS/GGH<br><br>REQUEST FOR CONTINUANCE OF STATUS (PRETRIAL SCHEDULING) CONFERENCE AND ORDER THEREON<br><br>Date:　　　August 14, 2006<br>Time:　　　9:00 a.m.<br>Courtroom:　5 |

　　　Plaintiff United States of America requests that the status conference now set for August 14, 2006, be continued to September 25, 2006, for the following reasons:

　　　On July 19, 2006, undersigned counsel received a telephone call from an attorney, Che Hashim, who is representing Robert Harris, the owner of the defendant real property. Mr. Harris was in custody when his claim and answer in this case were due. Mr. Hashim asked for, and was given, a 30-day extension of time to

August 18, 2006, to file a claim and answer on Mr. Harris' behalf.

Continuing the status conference to September 25, 2006, will enable Mr. Harris to file the documents necessary to establish his standing in this case, and will allow the parties to develop a meaningful discovery plan prior to filing a joint status report.

DATED:   July 20, 2006            McGREGOR W. SCOTT
                                  United States Attorney

                            By:   /s/ kristin s. door
                                  KRISTIN S. DOOR
                                  Assistant U.S. Attorney

ORDER

The status (pretrial scheduling) conference currently scheduled for August 14, 2006, is continued to September 25, 2006, at 9:00 a.m. in Courtroom No. 5.  The parties shall confer at least 21 calendar days before the scheduling conference to develop a proposed discovery plan, as required by Fed. R. Civ. P. 26 (f), and shall submit a joint status report 14 calendar days before the hearing date.  The joint status report shall address the matters listed in ¶ 2 of the Order Setting Status (Pretrial Scheduling) Conference filed May 25, 2006.

The plaintiff shall serve this order on Che Hashim.

DATE: July 24, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE