McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:06-CV-01134 WBS/GGH |
| Plaintiff, | STIPULATION FOR PROTECTIVE ORDER AND ORDER |
| v. | |
| REAL PROPERTY LOCATED AT 604 WREN COURT, ROSEVILLE, CALIFORNIA, PLACER COUNTY, APN: 469-070-025, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |

Plaintiff United States of America, claimant Robert K. Harris, claimant Countrywide Home Loans, Inc.("Countrywide") and Mortgage Electronic Registration Systems, Inc. as nominee for Countrywide, and claimant Mortgage Electronic Registration Systems, Inc. ("MERS") hereby stipulate to the following protective order:

    1.   Claimant Robert Harris ["Harris"] is the owner of the defendant real property.

Stipulation for Protective Order/Order 1

2. Claimants Countrywide and MERS are the beneficiaries under two separate deeds of trust encumbering the defendant real property.

3. Plaintiff United States of America noticed Harris' deposition and commenced his deposition on April 17, 2007. During the deposition Harris declined to answer many questions about this civil forfeiture action citing his Fifth Amendment right against self-incrimination. The deposition was suspended with the consent of the parties, to be continued to another date, so that the parties could seek this protective order.

4. Harris' assertion of his Fifth Amendment right against self-incrimination substantially interferes with his ability to contest this forfeiture action and with plaintiff's ability to question Harris about the Claim he filed in this action, the Answer he filed to the forfeiture complaint, and the activities at the defendant property that are the basis for the forfeiture.

5. Plaintiff must complete Harris' deposition in order to complete discovery.

6. Plaintiff agrees that no testimony or documents Harris produces in this civil forfeiture action, whether by way of discovery responses, deposition testimony, or trial testimony, shall be used by federal, state, or local authorities in connection with any criminal prosecution other than as set forth in paragraph 7 below.

7. Except as provided in Paragraph 11, Plaintiff agrees not to provide discovery documents, discovery responses, or deposition or trial testimony to any federal, state, or local prosecutor for use in a criminal prosecution, and agrees that

this material shall be used only for the purposes of the prosecution, defense, or settlement of this action, and for no other purpose.

    8.   Claimant understands that the material produced in discovery may be reviewed by paralegal or secretarial staff in the U.S. Attorney's Office or by law enforcement agents (federal, state, or local) solely for purposes of the prosecution, defense, or settlement of this civil forfeiture action, and for no other purpose.

    9.   Nothing in this stipulation is intended to prevent a federal, state, or local law enforcement officer from attending claimant's deposition or the deposition of any witness.

    10.   Nothing in this stipulation is intended to prevent the plaintiff from filing claimant's discovery responses or deposition testimony in court as exhibits to a motion such as a motion for summary judgment or motion to compel discovery, provided however that plaintiff will request said filings to be sealed.

    11.   Nothing in this stipulation is intended to prevent the plaintiff from using any testimony or documents Harris produces in this civil forfeiture action in any subsequent prosecution for perjury or false statement.

    12.   This order shall survive the final disposition of this case, and the Court shall retain jurisdiction to resolve any

//

//

dispute concerning the use of information produced hereunder.

Dated: May 11, 2007			McGREGOR W. SCOTT
					United States Attorney


				By:	/s/ Kristin S. Door
					KRISTIN S. DOOR
					Assistant U.S. Attorney


Dated: May 15, 2007			/s/ Che L. Hashim
					CHE L. HASHIM
					Attorney for claimant
					Robert K. Harris


Dated: May 23, 2007			/s/ David A. Brooks
					DAVID A. BROOKS
					Attorneys for Claimant
					Countrywide


Dated: May 15, 2007			/s/ Glenn H. Wechsler
					GLENN H. WECHSLER
					Attorney for Claimant
					MERS


					(Original signatures retained
					by plaintiff's attorney)



IT IS SO ORDERED.

Dated:5/31/07				/s/ Gregory G. Hollows
					_____
					GREGORY G. HOLLOWS
					United States Magistrate Judge
06cv1134.ord

Stipulation for Protective Order/Order 4