```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTIN S. DOOR SBN 84307
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT FOR THE

 9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   2:06-CV-01134 WBS/GGH
                                 )
12            Plaintiff,         )   STIPULATION FOR CONTINUANCE OF
                                 )   FINAL PRETRIAL CONFERENCE AND
13       v.                      )   TRIAL AND ORDER THEREON
                                 )   [PROPOSED]
14                               )
    REAL PROPERTY LOCATED AT 604 )
15  WREN COURT, ROSEVILLE,       )
    CALIFORNIA, PLACER COUNTY,   )
16  APN: 469-070-025, INCLUDING  )
    ALL APPURTENANCES AND        )   DATE: September 10, 2007
17  IMPROVEMENTS THERETO,        )   TIME: 2 P.M.
                                 )   COURTROOM: 5
18            Defendant.         )
    _____)
19

20
```

21       Plaintiff United States of America, claimant Robert K.

22  Harris, claimant Countrywide Home Loans, Inc.("Countrywide") and

23  Mortgage Electronic Registration Systems, Inc. as nominee for

24  Countrywide, and claimant Mortgage Electronic Registration

25  Systems, Inc. ("MERS") hereby jointly request that the Final

26  Pretrial Conference now scheduled for September 10, 2007, and the

27  Jury Trial now scheduled for November 20, 2007, be continued for

28  approximately 60 days.

Stipulation for Continuance            1

The parties make this request because the United States and claimant Robert Harris, the owner of the defendant real property, are engaged in settlement discussions and believe a settlement is likely.

Dated: August 22, 2007        McGREGOR W. SCOTT
                              United States Attorney


                      By:     /s/ Kristin S. Door
                              KRISTIN S. DOOR
                              Assistant U.S. Attorney

Dated: August 22, 2007        /s/ Che L. Hashim
                              CHE L. HASHIM
                              Attorney for claimant
                              Robert K. Harris

Dated: August 22, 2007        /s/ David A. Brooks
                              DAVID A. BROOKS
                              Attorneys for Claimant
                              Countrywide

Dated: August 22, 2007        /s/ Glenn H. Wechsler
                              GLENN H. WECHSLER
                              Attorney for Claimant
                              MERS

                              (Original signatures retained
                              by plaintiff's attorney)

//

//

Stipulation for Continuance        2

**ORDER**

Good cause having been shown, the Final Pretrial Conference now scheduled for September 10, 2007, is continued to November 19, 2007 at 2 p.m.  The Jury Trial now scheduled for November 20, 2007, is continued to January 23, 2008, at 9:00 a.m.

IT IS SO ORDERED.

Dated: August 28, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE